UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62038-CIV-SMITH

PAUL MACNEIL, *et al.*,

    Plaintiffs,

v.

BENGAL PROPERTIES, INC.,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 235] on Defendant's: (i) Renewed Verified Motion for Attorneys' Fees Incurred at Trial (DE 220); (ii) Renewed Application for Attorneys' Fees Incurred in Connection with First Appeal (DE 222); (iii) Application for Attorneys' Fees Incurred in Second Appeal (DE 229 and DE 230); and (iv) Renewed Motion for Bill of Costs Incurred at Trial (DE 221) (together, the "Motions").

In her thorough and well-reasoned Report and Recommendation [DE 43], Magistrate Judge Valle recommends that that Defendant's: (i) Renewed Verified Motion for Attorneys' Fees Incurred at Trial be **DENIED**; (ii) Renewed Application for Attorneys' Fees Incurred in Connection with First Appeal be **DENIED**; (iii) Application for Attorneys' Fees Incurred in Second Appeal be **DENIED**; and (iv) Renewed Motion for Bill of Costs Incurred at Trial be **GRANTED**.

The Court has considered Judge Valle's Report and Recommendation, conducted a *de novo* review. And seeing no objections from the Parties.  Accordingly, it is

**ORDERED** that:

1. Judge Valle's Report and Recommendation [DE 235] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

2. Defendant's Renewed Verified Motion for Attorneys' Fees Incurred at Trial (DE 220) is **DENIED**.

3. Defendant's Renewed Application for Attorneys' Fees Incurred in Connection with First Appeal (DE 222) is **DENIED**.

4. Defendant's Application for Attorneys' Fees Incurred in Second Appeal (DE 229 and DE 230) are **DENIED**.

5. Defendant's Renewed Motion for Bill of Costs Incurred at Trial Court Level (DE 221) is **GRANTED** as unopposed. The Court awards $4,569.70 in costs against Plaintiffs, plus post-judgment interest.

5. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 26th day of November, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record